UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| ASSOCIATED TERMINALS, LLC | CIVIL ACTION |
|---|---|
| VERSUS | NO. |
| AMERICA METALS TRADING (USA), INC., in personam, and M/V UBC SANTOS, her engines, tackle, apparel, furniture, etc., in rem | SECTION |

## COMPLAINT

### TO THE HONORABLE, THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA

The Complaint of Associated Terminals, LLC ("Associated Terminals"), against America Metals Trading (USA), Inc. ("America Metals"), in personam, and the M/V UBC SANTOS, her engines, tackle, apparel, furniture, etc., in rem, in a cause of action civil and maritime for breach of maritime contract and maritime lien foreclosure, respectfully represents as follows:

1.

This is a case of admiralty or maritime jurisdiction, as hereinafter more fully appears. This is an admiralty or maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, and Rule C of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

stevedoring and crane services for the loading and unloading of pig iron, and the shifting of barges, all on the order of the owner of the vessel or a person authorized by the owner, while said vessel was located at Mile 136.

7.

As a result of the above-described stevedoring and other marine services, Defendants America Metals and the M/V UBC SANTOS are justly and truly indebted to Associated Terminals in the total amount of FIFTY EIGHT THOUSAND EIGHT HUNDRED SIXTY THREE AND 87/100 U.S. DOLLARS ($58,863.87), no part of which has been paid despite due demand therefor. See Invoices (attached as Exhibit "A").

8.

On or about January 15, 2013, and in accordance with La. R.S. §9:2781, undersigned counsel for Associated Terminals sent written demand to America Metals, via certified mail, correctly setting forth the amount owed for the stevedoring and other marine services hereinabove described, and entitling Associated Terminals, upon non-payment by America Metals within thirty days of the date that written demand was sent, to recover reasonable attorney's fees for the prosecution and collection of this outstanding claim. See Letter of January 15, 2013 (attached as Exhibit "B").

9.

By reason of the matters herein set forth, Plaintiff, Associated Terminals, has a maritime lien against the M/V UBC SANTOS, her engines, tackle, apparel, etc., see, 46 U.S.C. §§31301 et seq., in the sum of FIFTY EIGHT THOUSAND

EIGHT HUNDRED SIXTY THREE AND 87/100 U.S. DOLLARS ($58,863.87), together with interest, attorney's fees, costs, and disbursements.

10.

All and singular, the premises are true and within the admiralty or maritime jurisdiction of the United States and of this Honorable Court.

WHEREFORE, Plaintiff, Associated Terminals, LLC, prays that:

(1) process in due form of law issue against the M/V UBC SANTOS, her engines, tackle, apparel, etc., citing those having or claiming any interest in said vessel to appear and answer this Complaint;

(2) process in due form of law issue against America Metals Trading (USA), Inc. citing it to appear and respond to the allegations contained herein;

(3) after due proceedings are had there be judgment herein in favor of Plaintiff, Associated Terminals, LLC, and against Defendants, America Metals Trading (USA), Inc. and the M/V UBC SANTOS, recognizing its maritime lien against the M/V UBC SANTOS and awarding Associated Terminals, LLC the amount of FIFTY EIGHT THOUSAND EIGHT HUNDRED SIXTY THREE AND 87/100 U.S. DOLLARS ($58,863.87), together with interest, attorney's fees, costs, and disbursements; and

(4) the M/V UBC SANTOS, her engines, tackle, apparel, furniture, etc. be condemned and sold to satisfy the judgment herein.

Respectfully submitted, this 8*rd* day of February, 2013.

DAIGLE FISSE & KESSENICH, PLC

BY: *[signature]*

J. FREDRICK KESSENICH (7354)
KIRK N. AURANDT (25336)
P. O. Box 5350
Covington, Louisiana 70434-5350
Telephone:  985/871-0800
Facsimile:   985/871-0899
e-mail:  rkessenich@daiglefisse.com
         kaurandt@daiglefisse.com
Attorneys for Plaintiffs, Associated
Terminals, LLC

**PLEASE WITHHOLD IN REM SERVICE ON THE M/V UBC SANTOS UNTIL FURTHER NOTICE**

# AFFIDAVIT

STATE OF LOUISIANA

PARISH OF ST. TAMMANY

BEFORE ME, the undersigned, personally came and appeared:

### KIRK N. AURANDT

who after being duly sworn, did depose and say that:

He is an attorney with the law firm of Daigle, Fisse & Kessenich, PLC; that he prepared the above and foregoing Complaint; and that all of the allegations of fact therein contained are true and correct to the best of his knowledge, information, and belief; that the sources of deponent's knowledge and the grounds of his belief are communications received from Plaintiff and its agents, and from documents in the possession of attorneys for Plaintiff.

_____
KIRK N. AURANDT

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 8th DAY OF
FEBRUARY, 2013.

_____
NOTARY PUBLIC

J. Fredrick Kessenich
La Bar No. 7354
P.O. Box 5350
Covington, Louisiana 70434-5350
Commissioned for Life

- 6 -